# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CORNELIUS JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-15-1341-HE |
| | ) | |
| TOMMY SCARANTINO, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Cornelius Johnson, a federal prisoner appearing *pro se*, brought this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Suzanne Mitchell, who recommends the petition be denied. The Report and Recommendation further advised petitioner of his right to object to its findings by March 24, 2016.

Petitioner has not objected to the Report and Recommendation, and has therefore waived any right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the Report and Recommendation [Doc. #12] is **ADOPTED**. Plaintiff's Petition for Writ of Habeas Corpus [Doc. #1] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 5th day of April, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE